```
SAMANTHA ROSE BOURGEOIS
100 TWIN OAKS LN
APT 222
HATTIESBURG, MS 39402


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


CBS COLLECTIONS
ATTN: BANKRUPTCY
1244 JACKSON ST
ALEXANDRIA, LA 71301


CITIBANK
PO BOX 790046
PO BOX 790046
ST LOUIS, MO 63179


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054


HEIDI JOANNA PLAISANCE
497 WAYNESBORO SHUBUTA
RD
SHUBUTA, MS 39360


PENNYMAC LOAN SERV
PO BOX 514387
LOS ANGELES, CA 90051
```