United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 25-51097-KMS

Samantha Rose Bourgeois                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: def | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

**Recip ID**      **Recipient Name and Address**

db      + Samantha Rose Bourgeois, 100 Twin Oaks Ln, Apt 222, Hattiesburg, MS 39402-6029

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Samantha Rose Bourgeois trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 2

mssb–defntc (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

In re:                                              Case No.:  25–51097–KMS
                                                    Chapter:  7

       Samantha Rose Bourgeois
       100 Twin Oaks Ln
       Apt 222
       Hattiesburg, MS 39402

Social Security / Individual Taxpayer ID No.:
      xxx–xx–9327

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch 7 Income Form 122A–1 due 08/13/2025
Aty Disclosure Stmt. due 08/13/2025
Schedules A–J2 due 08/13/2025
Sum. of Assets and Liabilities due 08/13/2025
Stmt. of Fin. Affairs due 08/13/2025

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 7/30/25                          Danny L. Miller, Clerk of Court
                                            Dan M. Russell, Jr. U.S. Courthouse
                                            2012 15th Street, Suite 244
                                            Gulfport, MS 39501

**Note:** Pursuant to Miss. Bankr. L. R. 1009–1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.