# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: **SAMANTHA ROSE BOURGEOIS**　　　　　CASE NO.: **25-51097-KMS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER: 7

## ENTRY OF APPEARANCE

　　　　I, Kimberly D. Putnam, appearing in the above entitled and numbered proceeding on behalf of PennyMac Loan Services, LLC, hereby request that it be placed on the mailing matrix and made a part of the record of this proceeding and that she be notified of all matters relevant to this case.

　　　　　　　　　　　　　　　　　　　　　Dean Morris, LLC
　　　　　　　　　　　　　　　　　　　　　1820 Avenue of America
　　　　　　　　　　　　　　　　　　　　　Monroe, Louisiana 71201
　　　　　　　　　　　　　　　　　　　　　(318) 330-9020

　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly D. Putnam
　　　　　　　　　　　　　　　　　　　　　Kimberly D. Putnam (Bar #102418)
　　　　　　　　　　　　　　　　　　　　　kim.mackey@ms.creditorlawyers.com
　　　　　　　　　　　　　　　　　　　　　Attorney For PennyMac Loan Services, LLC
　　　　　　　　　　　　　　　　　　　　　Date: August 13, 2025.

## CERTIFICATE OF SERVICE

I, Kimberly D. Putnam, hereby certify that I have notified the following interested parties of the Entry of Appearance filed herein:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com

Derek A. Henderson
Trustee
derek@derekhendersonlaw.com

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Entry of Appearance filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this day August 13, 2025.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For PennyMac Loan Services, LLC
Date: August 13, 2025.